**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

RANDY TRACY SHAW _____, Plaintiff

v.                                                            "SEE ATTACHED"

ANDRE MATEVOSIAN ;(FORMER WARDEN)

CAPTAIN. HUMPHRIES ;(FORMERLY IN CHARGE OF SECURITY)

CORRECTIONAL OFFICER, C. ROBERTS _____,

et. AL _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

RANDY TRACY SHAW, PLAINTIFF

V.

ANDRE MAIEVOSIAN

CAPTAIN, HUMPHERIES

CORRECTIONAL OFFICER, C. Roberts

CORRECTIONAL OFFICE, JOHN/JANE DOE

CORRECTIONAL OFFICER, JOHN/JANE DOE

OPERATIONS LIEUTENANT, JOHN/JANE DOE

FEDERAL BUREAU OF PRISON

✻ Et. AL

✻ Plaintiff respectfully ask to reserve the
Right to Ammend and/or Add Additional
DEFENDENTS to complaint, when Information
which is now privy to Plaintiff, becomes
Available.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Randy Tracy SHAW #11253-007     UNITED STATES PENITENTIARY- ADMAX P.O. BOX 8500 FLORENCE, CO. 81226
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee

____  Civilly committed detainee

____  Immigration detainee

____  Convicted and sentenced state prisoner

_X_  Convicted and sentenced federal prisoner (WASHINGTON D.C.)

____  Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    ANDRE MATEVOSIAN, FORMER WARDEN OF USP,
(Name, job title, and complete mailing address)

ADMAX.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _✓_ Yes ___ No (*check one*).  Briefly explain:

ANDRE MATEVOSIAN ; IS the Complex WARDEN, AND IS IN charge of STAFF & OPERATIONS At this facility, AND RESPONSIBLE for operations of the facility AND WELFARE of All INMATES

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: __CAPTAIN HUMPHRIES (FORMER CHIEF OF SECURITY)__
(Name, job title, and complete mailing address)

__U.S.P. ADX__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:

__IN CHARGE OF STAFF & SECURITY IN ADX, HE tRAINS__
__staff AND protection & SECURITY IN this MAXimum facility.__

Defendant 2 is being sued in his/her __X__ individual and/or __X__ official capacity.

Defendant 3: __CORRECtional OFFICER, G. RobErtS, Et. AL__
(Name, job title, and complete mailing address)
__U.S.P. ADX__   __P.O. BOX 8500__
__FLORENCE CO. 81226__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes __☒__ No (*check one*). Briefly explain:

__Employed AS A Corrections officers to mAINtAIN__
__InstitutioNs policy & procedurE At this FEDERAl MAX. facility__

Defendant 3 is being sued in his/her __X__ individual and/or __X__ official capacity.

" SEE ATTACHED
" B"

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

__X__   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

"B. DEFENDANT(S) INFORMATION." pg. 1 of 2

DEFENDANT #4.    CORRECTIONAL OFFICER, JOHN/JANE DOE
U.S.P. ADX
P.O. BOX 8500
FLORENCE, CO. 81226

AT the time the claim(s) IN this complaint arose, this defendant was acting under color of FEDERAL LAW

Employed as a correctional officer, to maintain institutions policy & procedure at this FEDERAL MAXIMUM Penitentiary.

DEFENDANT #4 IS being sued IN his/her individual and official capacity.

DEFENDANT #5.    CORRECTIONAL OFFICER, JOHN/JANE DOE
U.S.P. ADX
P.O. Box 8500
FLORENCE CO. 81226

AT the time the claim(s) IN this complaint arose, this defendant was acting under color of FEDERAL LAW

Employed as a correction officer, to maintain institution policy & procedure, at this FEDERAL MAXIMUM Penitentiary

DEFENDANT #5 IS being sued IN his/her individual and official capacity.

DEFENDANT #6    OPERATIONS LIEUTENANT, JOHN/JANE DOE
U.S.P. ADX
P.O. BOX 8500
FLORENCE, CO. 81226

AT the time the claim(s) IN this complaint arose, this defendant was acting under color of FEDERAL LAW,

Employed as a supervisor over staff (i.e. correctional officers) and the operations of the shift IN which the

" B. DEFENDANT(S) INFORMATION "  pg. 2 of 2.

Employed
COMPLAINT AROSE. HE/SHE IS IN OVERSEEING that
policy & procedure IS Adhered to At All times, AND safety
of INMATES.

· DEFENDANT #7.      FEDERAL BUREAU OF PRISONS
                    320 First ST, N.W.
                    Washington, D.C. 20534
AT the time the cLAIM(S), IN this complaint ArosE, this
defendANT wAS Acting UNder color of FEDERAL LAW.

THE FEDERAL BUREAU of Prisons (F.BO.P.), IS the driving
force behind the cREATION AND direction of policy & procedures
for SAFEty, civil AdherENCE of All who ARE SENTENCED to the
cARE of the FBOP. AS wEll AS those who ARE hired to INVOKE
the customs of THE FBOP, WARDENS, LIEUtENANtS, cAptAius
Etc. All fall uNdEr the F.B.O.P.

DEFENDANt #7 IS being SUED IN theIR INdividuAl AND
offICIAl cApAeity.

2.

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: EIGHTH AMENDMENT VIOLATION(S)· NEGLIGENCE, FAILURE to protect, FAILURE to TRAIN, DELIBERATE INDIFFERENCE.

Supporting facts: AT ALL times RELEVANT to this CASE, SAID Plaintiff shall be ENtitled to EQUAL Protection AgAINSt ANY AND ALL discrimination, HARASSMENT, ASSAULT, AND ARbitrary PUNIShMENT. SAId Plaintiff Shall have the Right to AN EFFECtivE REMEDY by LAW for Act(s) violating the fundemeNtAl Rights, granted to SAId Plaintiff by the U.S. CoNStitutioN or by LAW Said PlaintiFF, shall Not be deprived of SAFETY OR SECURITY, AND the Right to A standard AND Adequate humaNE conditions of coNFINEMENT AND take REsONAblE MEASURES to guaratEE the safety of 'prisoners. ON January 22, 2019, At FEDERAL MAXIMUM SECURIty (ADX), IN FloRENCE coloRAdo, dEFENdANt, correctional officer JOHN/JANE DOE, or CORRECtionAl officer, C. Robeets or both of them "willfully or Recklessly or Negligently", displayed uNjustifiAble Actionable INmAtE (PLAINtiff) ENdANgERINg conduct, by opENINg A secured door, that housed PlAINtiff, who wAS utAlizing the uNits law library. And DEFENdANt's futher breached policy ε

4

"SEE ATTACHED"

"D. STATEMENT OF CLAIM(S)   continued: pg. 1 OF 8

procedure by opening two additional doors, that placed another dangerous; Aryan Brotherhood gang member IN Plaintiffs presence. Plaintiff, IN this complaint, IS A African American male, from Washington D.C., was secured behind a door, that can only be operated by the defendants; Electronically IN a control booth, which Plaintiff cannot see who or what defendant(s) caused the violations noted herein, the control booth uses cameras, to monitor & control all doors. The law library IS located at the end of the living range IN E-unit, there IS 12 cells on this range. There IS NO INMATE to INMATE contact, IN this unit, as well as no inmate can be on the range while the law library IS being utalized. Doors dont open, unless (2) correctional officers are present, and the INMATE IS IN Restraints. This IS noted policy developed & designed by the Defendant(s); Bureau of Prisons, for the worlds most securest prison, that houses some of Americas most dangerous criminials. The inmate, the defendants put plaintiffs' safety & liberties at risk is; a high ranking; Aryan Brotherhood member, who subsequently; IS IN ADX, for murders and numerous assaults, against African American males from Washington D.C.. This inmate has been the subject of many documentaries on, National Geographic, the Reelz channel, IN reference to past atrocities committed on Blacks from Wash. D.C. ("D.C. Blacks") IN the Federal system IN a conspiracy case against

"D. STATEMENT OF CLAIM(S)    CONTINUED: pg. 2 of 8"

the AryanbrotherHOOD, this INMATE WAS convicted of Killings and previous Assaults against blacks from Washington D.C.

ON JAN. 22, 2019, At Approximately 2:15 p.m., INSTITUTION VIDEO captured All EVENTS, that ARE described; UPON Plaintiff heard IN9 doors being opened ON the RANGE, 10-20 mins. IATER while using the computer IN the IAW library, plaintiff WAS IN complete AWE, AS the LAW library door WAS ELECTRONICALLY being opened by CORRECTIONAL OFFICER; John/JANE DOE X 2, or CORR-ECTIONAL OFFICER C. Roberts; the only KNOWN DEFENDANT, to be present by plaintiff At the time of complaint. AS plaintiff RAN to the door, I could SEF the INMATE ON the front part of the RANGE trying to obtain a homemade KNIFE. from UNDER ANOTHER white INMATES door, the potential WEAPON WAS stuck under the bottom door, upon plaintiff SEEING that his liFE WAS At ISSUE, plaintiff RAN to thwart the INMATES Attempt to obtain the homemade KNiFE, STAFF NEVER CAME to ASSIST, Aide or thwart the perilous ENVIRON-ment, the defendant(S) CREATED. AFter Plaintiff, subdued the INMATE, judiciously, I SAW the homemade KNiFE WAS NO longer sticking under the door, I walked back to. the IAW library, It WAS THEN, defendants ELECTRONICALLY closed the IAW lib-rary door. UPON STAFF responding to this INCIDENT, defendant(s) misled there OWN CO·workers, by NOT ACKNOWLEDging what truth-fully, had just occurred, and SENT responding STAFF ON A

"D. STATEMENT OF CLAIM(S) " continued. pg. 3 of 8

"WILD GOOSE" chase, to other cells, in attempts to make it appear another inmate broke out of his own cell. Ten mins. later, I seen Capt. Humphries, bringing an inmate back to his cell (cell #12), It was then I alerted him that, I was placed in a uncompromised position, when the defendants, opened a secured door. There is a intercom system located in the law library, while I was about to put on hand restraints, a voice came over the intercom and stated "STUPID NIGGER".

Plaintiff and the other inmate were moved from E.Unit to special housing unit (S.H.U.) in C.block. I was placed in #2 cell with nothing but a pair of boxers on and tee shirt, I was given a mattress & 1/2 of a blanket, I stayed like this for ten days. During the course of these ten days, numerous deprivations, indignities, were done to Plaintiff, unknown staff came on my in cell intercom, and advised me on various evenings, that my name was given to the Aryan brotherhood and that my name was placed in the "HAT" which refers to a hit being placed on my life, and that I was supposed to have gotton killed, to get the federal goverment funded, and if a "NIGGER" got killed, that will get the attention on the goverment getting open. On Jan. 29, 2019, Plaintiff, spoke to the Captain Humphries,

"D. STATEMENT OF CLAIM(S)" CONTINUED, pg. 4. OF 8

About his state of living IN harsh conditions, And verbal threats & retaliation As A result of the 1.22.19, INCident. The CAPTAIN responded that he doesn't Know why the door to the law library was opened, or why that INMATE WAS ON the RANGE AS WEll. I received AN INCident Report ON JAN. 23, 2019, that was written by DEFENDANT: Correctional officer C. Roberts, The ENtire Report IS A hasty Cover-up And ommits the verities of the Entire INCident. The report Elludes that ME AND the INMATE were "ORDERLIES" out cleaning And a fight occured, and I simply WENT to the LAW Library AND secured myself IN the there, After he gave commands for me to do so. CAPTAIN Humphries, Admitted to the report being "BOGUS", but he said he had to protect his "ASS".

PLAINTIFF, stacted the process of EXHAUSTing his REMEDIES About this complaint And destroyed property And how the INStitution Awarded the INMATE (i.e. Aryan Brother member) to leAve S.H.U. days later And then too A lesser restritive UNit, AND PlAINtiff A yEAr lAter Still resides IN C. UNit (S.H.U.), Plaintiff wrote A letter to the, UNITED STATES JUSTICE DEPARTMENT ON: MARch 8, 2019., the correspondence written by PlAINtiff, were of SAME fact(s) AS written IN this complAINt. ON MARch 13, 2019, I received comfirmation from the Dept. of JUSTICE, that my correspondence WAS RECEIVED, AND my complAINt would bE REVIEWED

"D. STATEMENT OF CLAIM(S)" CONTINUED. pg. 5 OF 8

for the civil Rights violations and other indignities.

On April 30, 2019, Plaintiff received a letter from Defendant, WARDEN, ANDRE MATEVOUSIAN. Within the two page letter, DEFENDANT ANDRE MATEVOUSIAN, said he was responding to the letter written by plaintiff, to the U.S. Dept. of Justices. DEFENDANT, ANDRE MATEVOUSIAN, conceded that the law library door was opened up due to negligence, he admitted this twice, within his letter, but only stated that "Appropriate Action was taken, upon conclusion of investigation". No other suffice Explanation was given on how this Racially orchestrated incident happen and or covered up, or F.B.O.P. policies weren't adhered.

LEGAL CLAIMS.

1) ANDRE MATEVOUSIAN (Former Warden) of the ADX Florence Colorado, federal prison, and is also legally responsible for the operations of the facility in which Plaintiff is housed and was at the time the complaint arose. DEFENDANT is also legally responsible for staff, training, conduct and that customs or policy & procedure is upheld by those subordinates in this complaint, as well as the welfare of all inmates at ADX Florence.

2. CAPTAIN HUMPHRIES (Former HEAD OF INSTITUTIONS SECURITY) of the ADX, Florence colorado, federal prison, is and was responsible at the time this complaint arose, Legally

D. STATEMENT OF CLAIM(S), CONTINUED pg. 6 OF 8

Responsible for security of the ADX florence facility, were Plaintiff's complaint arose, Defendant is responsible for the welfare and humane treatment of all inmates, and that staff follow all Rules, Regulation, policy & procedures to avert danger, or harm and maintain A SAFE ENVIRONMENT for IN-mates, and proper training of staff.

3). Correctional Officer, C. Roberts, IS AND WAS at the time this complaint arose, a corrections officer at the ADX Florence facility, and is duty bound to maintain a SAFE ENVIRONMENT for Inmates, report & ACCURATE Account of all INCIDENTS under the penalties of perjury, AND uphold All policies, procedures and Rules Implement by the bureau of prisons.

4) Correctional Officer, John/Jane Doe, IS and was at the time this complaint arose, a corrections officer at the ADX Florence FEDERAL facility, and is Legally duty bound to the application(s) of bureau of prisons, policy, procedures toward a safe humane Environment for Inmates, and to take all Necessary precautions that breaches of security don't arise and civil liberties are Allotted to all INmates, Regardless of RACE, creed or color.

5. Correctional Officer, John/Jane Doe, IS and was at the time this complaint arose, a correction officer,

D. STATEMENT OF CLAIM(S). continued. pg. 7 OF 8

At the ADX Florence Federal Facility, and is legally duty bound to the application(s), of bureau of prisons, policy, procedure toward a safe humane, environment for inmates, and that all necessary precautions are taken to ensure that gross negligence does not incurred on any inmate, regard-less of race, creed, or color.

6). Operations Lieutenant, JOHN/JANE DOE, is or was employed as Lieutenant of operations at ADX Florence Colorado, Federal facility, on the day this complaint arose, and is legally duty bound with the authority to oversee that staff maintain an orderly operations of inmates as being a supervisor over the correctional officers.

7) BUREAU OF PRISON (F.B.O.P.), upon plaintiff being sentenced in criminal court, custody and care was administerd to the federal bureau of prisons, the F.B.O.P. is legally charged with TO provided a safe environment free from harm or deprivation of plaintiff's civil rights. The bureau of prisons makes rules, policies & procedures for all institutions, and is charged with a responsibility that those who work for the F.B.O.P. maintain a correct posture to operate "under / the color of federal law"

* All noted in 1-7; are defendants, being sued in

D. STATEMENT OF CLAIM(S), CONTINUED. pg. 8 OF 8

his or her OFFICIAL & INDIVIDUAL CAPACITY, EACH DEFENDANT ACTED UNDER COLOR OF FEDERAL LAWS.

FEB. 4, 2020.

RESPECTFULLY & HONESTLY SUBMITTED.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___X___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. .If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    CORRECTIONAL OFFICER BREJAN, ET AL.,

Docket number and court:    No. 1:16-CV-1777-P    UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

Claims raised:    Disciplinary violation/retaliation.

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    the CASE WAS dismissed.

Reasons for dismissal, if dismissed:    Ignorance to Civil Law(s) & procedures. FAILURE TO STATE A CLAIM.

Result on appeal, if appealed:    SAME AS NOTED ABOVE. DENIED.

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___X___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___X___ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* WHEREFORE, FOR ALL THE REASON(S) STATED hEREIN, AND DEFENDENTS OWN AdMISSION FOR FAILING to PREVENT or to AID IN PREVENTING; PLAINTIFF'S Right to be FREE From UNNECESSARY harm or danger; THESE DEFENDENTS; INHERENTLY KNEW that policy, customs and procedure, before AND AFTER this deprivation, WERE NOT AllotTED to PLAINTIFF. PlAINTIFF dEMANDS jUdgEMENT Against DEFENdENTS, IN thE SUM OF $500,000, AND that AN INjUNCTION, for PlAINtiff to bE REMOVEd From ALL FEDERAL INStitUtiONS, to PREVENt FUThEr REprisAl from the AryAN BrotherhOod gANg, AS A RESULt From this INcidENt. A RAsh of INCIdENts hAVE OccUrrEd of this NAtUrE toWArd BlACK INmAtE's I rEquEST to hAVE AN INjuCtiON IN plACE, to hAVE the JUSTICE DEPT., LOOK INto this AS A HATE crImE, AS WEll AS AN ExAMINAtiON OF RAciAl dispACItiES. _____

SUM:
$500,000

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

FEBRUARY 4, 2020
_____
(Date)

(Form Revised December 2017)

2.04.20.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO.

DEAR CLERK OF COURT.

RESPECTFULLY; I AM ENCLOSING A civil

complaint with this court. I pray I have followed

All the courts RULES for filing this complaint.

thaNK you for your time.

SINCERELY.

Case No. 1:20-cv-00327-RBJ-KMT   Document 1   filed 02/07/20   USDC Colorado   pg 19 of 20

Name: RANDY SHAW
Reg No: 11253-007
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500



CLERK of the COURT

ALFRED A. ARRAJ UNITED STATES
COURTHOUSE

901 19Th Street, Room A 105

DenVer, CO.

80294-3589

* LEGAL
CORRESPONDENCE
⊗



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

"SPECIAL/LEGAL MAIL"

DATE: 2-4-2020

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.